**Order entered March 25, 2022**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-21-00647-CV

**VIJAYALAKSHMI NADAR, Appellant**

**V.**

**THINAKAR NADAR, Appellee**

**On Appeal from the County Court at Law No. 3
Collin County, Texas
Trial Court Cause No. 003-02474-2021**

### ORDER

Before the Court is appellant's March 23, 2022 unopposed second motion for extension of time to file her brief on the merits. We **GRANT** the motion and **ORDER** the brief be filed no later than **March 28, 2022.**

/s/     KEN MOLBERG
        JUSTICE